IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC YOUNG                                                                                             PLAINTIFF
ADC #113159

V.                                          NO. 3:04CV00095 SWW

LEROY MEADOWS, et al                                                                         DEFENDANTS

<u>ORDER</u>

The above-entitled 42 U.S.C. § 1983 case is currently scheduled for an evidentiary hearing on October 28, 2005.  A review of the file indicated that Plaintiff Young had failed to file a witness and exhibit list as instructed by Court order entered March 17, 2005 (docket entry #21).  In addition, the file reflected that Plaintiff Young had had no contact with the Court since he filed his motion to proceed in forma pauperis on May 17, <u>2004</u> (docket entry #5).     For these reasons, and in an effort to avoid the expense of the parties and the Court in proceeding with the hearing, by order entered October 14, 2005 (docket entry #28), Plaintiff Young was directed to immediately file a pleading indicating his intent to proceed with this lawsuit.  Plaintiff has responded and indicates that he does not wish to pursue this lawsuit (docket entry #30).  He further indicates that he was led to believe that the matter had been previously dismissed.  There are no objections (<u>see</u> docket entry #32); therefore, the Court finds that no reason exists to deny Plaintiff's request.

Judgment will be entered dismissing Plaintiff's complaint in its entirety WITHOUT PREJUDICE.  Any pending motions are DENIED AS MOOT.  The evidentiary hearing scheduled for October 28, 2005, is hereby cancelled.

IT IS SO ORDERED this 26th  day of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE