IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC YOUNG                                                                                         PLAINTIFF
ADC #113159

V.                                            NO. 3:04CV00095 SWW

LEROY MEADOWS, et al                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 26th day of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE